FILED
March 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001706962

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 2009-20088

*[signature: Marty Donohue]*                    **SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140(a)(2)**

Debtor.                                         [No Hearing Required]

_____/

We, __Marty Donohue__ and __Sabrina Donohue__, hereby
   [Debtor - Print Name]        [Non-Filing Spouse - Print Name]

waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. § 703.140(b).

Dated: 3-6-09                    _____
                                  [Debtor - Sign Name]

Dated: 3-6-09                    _____
                                  [Non-Filing Spouse - Sign Name]

*Caveat [Warning]: By signing this form, you may be giving up valuable legal rights. Before signing, you should seek the advice of an attorney. The Clerk's Office cannot give legal advice.*

EDC 3-060 (New 12/19/01)

1