B6B (Official Form 6B) (12/07)

IN RE Donohue, Marty Wayne  Case No. 2009-

Debtor(s)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 100.00 | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | American River Health Pro<br>PO Box 41409<br>Sacramento, Ca 95841<br>Acct Number 3033981<br><br>Business account, includes monies to pay materials for current projects of River City Construction. This money is still "owned" by client of Debtor.<br><br>Bank of America Personal account<br>Fair Oaks Blvd,<br>Carmichael, Ca | | 20,649.19<br><br><br><br><br><br><br><br>200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Landlord | | 5,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | No one item in excess of $525.00 to include living room set, area rugs, dinging room set, 2 kids bedrooms, one master bedroom, televisions., coffee tbles, dishes, linens, etc. | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. Books, pictures, knick knacks (no one item worth more than $525.00) | J | 750.00 |
| 6. Wearing apparel. | | Clothing for four person household | J | 1,250.00 |
| 7. Furs and jewelry. | | Jewelry - Wedding set - $1500, Daimond necklace, diamond earrings, men's gold chain | J | 1,250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | H&K Pistol<br>Quad for child and motorcle for child ($250 each)<br>Treadmill | J<br>J<br>J | 400.00<br>500.00<br>50.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

FILED
March 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001706960

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford F250 | J | 12,000.00 |
| | | 2008 Ford F450 | J | 30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies | | Desk, Computer, Printer MiscOffice equipment | | 500.00 |

2

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tools of the trade, including 14 ft Box trailer - $800.00, small 12 ft trailer - $800.00, Carson Trailer 20 ft - $1000.00. Most of the items for business were part of leased equipment that was returned. | | 5,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL     81,649.19

_0_ continuation sheets attached       (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

IN RE Donohue, Marty Wayne  Case No. 2009-20986
        Debtor(s)        (if known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| 100.00 | CCCP § 703.140(b)(5) | 100.00 | 100.00 |
| American River Health Pro<br>PO Box 41409<br>Sacramento, Ca 95841<br>Acct Number 3033991<br><br>Business account, includes monies to pay materials for current projects of River City Construction. This money is still "owned" by client of Debtor. | CCCP § 703.140(b)(5) | 16,825.00 | 20,649.19 |
| Bank of America Personal account<br>Fair OAks Blvd,<br>Carmichael, Ca | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| Security Deposit with Landlord | CCCP § 703.140(b)(5) | 6,000.00 | 6,000.00 |
| No one item in excess of $525.00 to include living room set, area rugs, dinging room set, 2 kids bedrooms, one master bedroom, televisions,, coffee tbles, dishes, linens, etc. | CCCP § 703.140(b)(3) | 4,000.00 | 4,000.00 |
| Misc. Books, pictures, knick knacks (no one item worth more than $525.00) | CCCP § 703.140(b)(3) | 750.00 | 750.00 |
| Clothing for four person household | CCCP § 703.140(b)(3) | 1,250.00 | 1,250.00 |
| Jewelry - Wedding set - $1500, Daimond necklace, diamond earrings, men's gold chain | CCCP § 703.140(b)(4) | 1,250.00 | 1,250.00 |
| H&K Pistol | CCCP § 703.140(b)(3) | 400.00 | 400.00 |
| Quad for child and motorcyle for child ($250 each) | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Treadmill | CCCP § 703.140(b)(3) | 50.00 | 50.00 |
| Desk, Computer, Printer MiscOffice equipment | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Tools of the trade, including 14 ft Box trailer - $800.00<br>small 12 ft trailer - $500.00, Carson Trailer 20 ft - $1000.00. Most of the items for business were part of leased equipment that was returned. | CCCP § 703.140(b)(6) | 2,075.00 | 5,000.00 |