1



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:                                        Case No. 09-20986-C-7

MARTY WAYNE DONOHUE                           Chapter 7

Debtor(s)                                     ☒ REPORT §341 MEETING
                                              ☐ REQUEST FOR DISMISSAL
                                              ☒ INITIAL REPORT OF ASSET CASE
                                              ☐ REPORT OF NO ASSET CASE

☒ REPORT OF §341 MEETING BY TRUSTEE
   The Trustee declares:
   The meeting was held: 03/20/09        ☐ Debtor did not appear
   ☐ Debtor(s) appeared                  ☐ Co-debtor did not appear
   ☒ Meeting concluded                   ☐ Counsel did not appear
   ☐ Meeting was continued to:           ☐ Debtor(s) failed to file all schedules
                                            or statement of financial affairs
   ☐ Other_____
   _____

☐ REQUEST FOR DISMISSAL
   The Trustee requests that the court issue a Notice of Intent to Dismiss:
   ☐ Entire case
   ☐ As to Debtor only
   ☐ As to Co-debtor only, for the reason(s) declared above

☒ INITIAL REPORT OF TRUSTEE IN ASSET CASE
   The trustee has determined that it is likely that there ARE ASSETS of the estate
   which are not fully exempted or are not fully encumbered, available for liquidation
   and distribution to the creditors.
   ☒ The Trustee requests a Notice to File Claims be sent to all creditors.

☐ REPORT OF TRUSTEE IN NO-ASSET CASE
   The trustee reports that (s)he has not received any property of the estate, has
   made a diligent inquiry for assets of the estate and finds that there are NO ASSETS
   that are not exempted or fully encumbered, available for liquidation and
   distribution to the creditors.

   I swear under penalty of perjury that the information provided above is true and
   correct.

Dated:   March 23, 2009                       /s/ Ryan Lucksinger
                                              Ryan Lucksinger
                                              Bankruptcy Trustee