UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
Marty Donohue )
) Case No. 2009-20986
)
____Debtor(s).____ )  AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Schedules (check appropriate boxes). *See Instruction #4 below.*
   ☐ A  ☒ B  ☐ C  ☐ D  ☐ E  ☒ F  ☐ G  ☐ H  ☐ I  ☐ J
- ☒ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders
- ☐ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):
- ☐ To add pre-petition creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the bankruptcy judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.
- ☒ No pre-petition creditors were added, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated:           Attorney's [or *Pro Se* Debtor's] Signature: _____
                 Printed Name:   Philippa Lauben
                 Mailing Address: 2721 Westview Drive
                                  Lincoln, CA 95648

### DECLARATION BY DEBTOR
I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct to the best of my(our) information and belief.

Dated: 6-6-09                                       Dated:

_____                           _____
Debtor's Signature                                  Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change more than 10 creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

EDC 2-015 (Rev. 6/08)

B6F (Official Form 6F) (12/07)

IN RE <u>Donohue, Marty Wayne</u>    Case No. <u>2009-20986</u>
              Debtor(s)                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **339910160** <br> **American River Healthp** <br> **12519 Folsom Blvd** <br> **Rancho Cordova, CA 95742** | | | Revolving account opened 3/01 | | | | 7,282.00 |
| ACCOUNT NO. **3499911752706363** <br> **Amex** <br> **P.o. Box 981537** <br> **El Paso, TX 79998** | | | Open account opened 2/04 | | | | 45,206.00 |
| ACCOUNT NO. **3499911484342363** <br> **Amex** <br> **P.o. Box 981537** <br> **El Paso, TX 79998** | | | Revolving account opened 2/04 | | | | 13,688.00 |
| ACCOUNT NO. <br> **Applequist** <br> **C/O Yana Berrier** <br> **1500 Poole Blvd, Suite 302** <br> **Yuba City, CA 95993** | | H | Breach of COntract pending Lawsuit | | | | 0.00 |

<u>    4   </u> continuation sheets attached

Subtotal (Total of this page) $ 66,176.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ARSI<br>555 St. Charles Drive #100<br>Thousand Oaks, CA 91360 | | | Business Debts | | | | 298.00 |
| ACCOUNT NO. 1984<br>Bank Of America<br>4060 Ogletown/stan<br>Newark, DE 19713 | | | Revolving account opened 11/03 | | | | 11,977.00 |
| ACCOUNT NO.<br>Brilean Industries<br>115 P S Lane<br>Newcastle, CA 95658 | | H | Materials (Vinyl) | | | | 31,751.00 |
| ACCOUNT NO. 426690202031<br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | | Revolving account opened 3/04 | | | | 5,254.00 |
| ACCOUNT NO.<br>Chase Bank V. Donohue<br>Shedrick O. Davis<br>300 S Grand Avenue 4th Floor<br>Los Angeles, CA 90071 | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. 02712713579601<br>Citizens Automobile Finance<br>PO Box 42004<br>Providence, RI 02940 | | | Secured by 2004 Forrest River Trailer already repossessed | | | | 26,782.41 |
| ACCOUNT NO.<br>Day Ketterer<br>200 Market Avenue<br>Canton, OH 44702 | | H | | | | | 0.00 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 76,062.41

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

4

B6F (Official Form 6F) (12/07) - Cont.

IN RE Donohue, Marty Wayne  Case No. 2009-20986
            Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 706159100345 <br> Gemb/chevron <br> 4125 Windward Plz <br> Alpharetta, GA 30005 | | | Revolving account opened 2/04 | | | | 976.00 |
| ACCOUNT NO. 521853100086 <br> Gemb/paypldc <br> Po Box 981416 <br> El Paso, TX 79998 | | | Revolving account opened 12/06 | | | | 2,015.00 |
| ACCOUNT NO. <br> Gold Country Telephone Directory <br> 4136 Grass Valley Highway <br> Auburn, CA 95602 | | | Business Advertising Debt | | | | 266.50 |
| ACCOUNT NO. 703599-2 <br> Golden One Credit Union <br> PO Box 15966 <br> Sacramento, CA 95826 | | | Surrendered collateral (06 Ford F350) | | | | 0.00 |
| ACCOUNT NO. <br> James Keeling <br> Glen C. Shea Attorney At Law <br> 2390 Professional Drive <br> Roseville, CA 95661 | | | Disputed obligation for work done | | | X | 19,000.00 |
| ACCOUNT NO. River City Construction <br> Matthews Ready Mix <br> PO Box 749 <br> Marysville, CA 95901 | | H | | | | | 17,822.00 |
| ACCOUNT NO. <br> National Directory Services <br> 4136 Grass Valley HWY <br> Auburn, CA 95602 | | | Advertising for business | | | | 933.00 |

Sheet no. 2 of 4 continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 41,012.50

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

5

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Donohue, Marty Wayne**          Case No. **2009-20986**
          Debtor(s)                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PCWA<br>PO Box 6570<br>Auburn, CA 95604 | | | Business Debts | | | | 1,237.97 |
| ACCOUNT NO. 72401,72402,72403<br>Sacramento Leasing Inc.<br>PO Box 41376<br>Sacramento, CA 95841 | | H | Leased equipment: Skip Loader, Bobcat Skidster, Timber Ax and Debtor's tools of the trade. Items have been surrendered. There was a bobcat that was surrendered, additionally a bobcat was sold after it brokedown. | | | | 130,000.00 |
| ACCOUNT NO. 6035320487598557<br>Thd/cbsd<br>Ccs Gray Ops Center<br>Sioux Falls, SD 57117 | | | Revolving account opened 2/04 | | | | 9,400.00 |
| ACCOUNT NO. 70359902<br>The Golden 1 Credit Un<br>8945 Cal Center Dr<br>Sacramento, CA 95826 | | | Installment account opened 12/05 | | | | 29,318.00 |
| ACCOUNT NO. 330-896-7646<br>Vinyl Solutions<br>708 Killian Road<br>Akron, OH 44319 | | H | Vinyl Material | | | | 21,463.00 |
| ACCOUNT NO. 5000360201<br>Wash Mutual/providian<br>Po Box 9180<br>Pleasanton, CA 94588 | | | Revolving account opened 1/99 | | | | 5,794.00 |
| ACCOUNT NO. 518520665638<br>Wfs/wachovia Dealer Sv<br>Po Box 1697<br>Winterville, NC 28590 | | | Installment account opened 8/07<br>Secured By 2007 Denali - already repossessed | | | | 25,760.00 |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **222,972.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **River City Construction** <br> **Wstern Aggregate** <br> **PO Box 829** <br> **Marysville, CA  95901** | | H | Materials (Rock) | | | | 20,291.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **20,291.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **426,514.88**