


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 09-20986-C-7
                                    )
MARTY WAYNE DONOHUE,                ) Adversary No. 09-2241
                                    ) (consolidated with 09-2265)
                                    )
                    Debtor(s).      )
_____)
                                    )
PETER C. BRONSON and CAROLYN P.     )
BRONSON,                            )
                                    )
                                    )
        Plaintiff(s),               )
                                    )
v.                                  )
                                    )
MARTY WAYNE DONOHUE,                )
                                    )
                                    )
        Defendant(s).               )
_____)

JUDGMENT

This action came on for hearing before the court, the Honorable Christopher M. Klein presiding. The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the objection to discharge is SUSTAINED and DISCHARGE IS DENIED pursuant to 11 U.S.C. § 727(a)(3).

IT IS FURTHER ORDERED AND ADJUDGED that all other counts are dismissed without prejudice to establishing liability and damages in a non-bankruptcy forum of competent jurisdiction.

Dated: August 2, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE